# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

EARNEST JOHNSON,
        Plaintiff,

v.                                           Case No: 6:17-cv-1401-Orl-18DCI

YETTIE THOMPKINS,
        Defendant.
_____

## ORDER

This cause came on for consideration on the United States Magistrate Judge's Report and Recommendation (Doc. 5), to which no timely objections were filed. As set forth in the Report and Recommendation, Plaintiff Earnest Johnson filed a Complaint (Doc. 1) in this case on July 31, 2017, and the Court does not have subject matter jurisdiction over this case. (*See* Doc. 5 at 1-3.) Having reviewed the Report and Recommendation (Doc. 5), and there being no timely objections made, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 5) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Earnest Johnson's Complaint (Doc. 1) is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to **CLOSE** the case and send a copy of this Order to Plaintiff Earnest Johnson by regular and certified mail.

**DONE AND ORDERED** in Orlando, Florida, this 13 day of August, 2017.

                                                       G. KENDALL SHARP
                                                       SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties